IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CITY OF CARMEL POLICE ) <br> DEPARTMENT, CITY OF CARMEL, a ) <br> Municipality, and ADAM THEIS, an ) <br> Individual; ) <br> Defendants. ) | Case No. 1:19-CV-04607-RLY-TAB |

**NOTICE OF DEFENDANTS, CITY OF CARMEL POLIC DEPARTMENT, CITY OF CARMEL, A MUNCIIPALITY, AND ADAM THEIS, AN INDIVIDUAL'S, AUTOMATIC INITIAL EXTENSION OF TIME**

Pursuant to Local Rule 6.1, Defendants, City of Carmel Police Department, City of Carmel, a Municipality, and Adam Theis, an Individual, notify the Court that the time period to file their Answer to Plaintiff's Complaint is enlarged and, in support thereof, state as follows:

1. That Plaintiff filed his Complaint on November 19, 2019.

2. Defendant Adam Theis was served on November 25, 2019 and Defendants, City of Carmel Police Department and the City of Carmel were served on November 26, 2019 making their answers due December 16, 2019 and December 19, 2019 respectively.

3. That with Defendants' automatic extension of time of twenty-eight (28) days to respond to Plaintiff's Complaint will now be **January 13, 2020.**

3. That on December 6, 2019, the office for the undersigned counsel contacted counsel for the Plaintiff who stated that there was no objection to our request for this extension.

4. That said extension does not interfere with any Case Management Plan, scheduled hearings or other case deadlines.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL OFFICE**

By: */s/ Aimee Rivera Cole*
Aimee Rivera Cole, #24669-45

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 9th day of December, 2019, a copy of this document was filed electronically, with a copy automatically served via the Court's CM/ECF system upon all counsel of record.

Julie A. Camden
Camden & Meridew PC
10412 Allisonville Road, Suite 200
Fishers, IN  46038

By: */s/ Aimee Rivera Cole*
Aimee Rivera Cole, #24669-45

*TRAVELERS STAFF COUNSEL INDIANA*
280 East 96th Street, Suite 325
Indianapolis, IN  46240
PH (317) 818-5123
FX (317) 818-5124
arcole@travelers.com