IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-CV-04607-RLY-TAB |
| v. ) | |
| ) | |
| ) | |
| CITY OF CARMEL POLICE ) | |
| DEPARTMENT, CITY OF CARMEL, a ) | |
| Municipality, and ADAM THEIS, an ) | |
| Individual; ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE

Aimée Rivera Cole of Travelers Staff Counsel Office, respectfully moves the Court for an order withdrawing her Appearance as counsel for Defendant, Adam Theis, as Matt Hinkle, Coots Henke & Wheeler, PC, has entered his appearance for the Defendant, Adam Theis in the above matter. Attorney Rivera Cole will continue to represent the City of Carmel.

Respectfully Submitted,

*/s/ Aimée Rivera Cole*
Aimée Rivera Cole

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of January, 2020, a copy of this document was filed electronically, with a copy automatically served via the Court's CM/ECF system upon all counsel of record.

Julie A. Camden
Camden & Meridew PC
10412 Allisonville Road, Suite 200
Fishers, IN  46038

Matthew L. Hinkle
COOTS HENKE & WHEELER
255 E. Carmel Drive
Carmel, IN 46032
(317)844-4693
Email: mhinkle@chwlaw.com

By:   */s/ Aimée Rivera Cole*
Aimée Rivera Cole, #24669-45

*TRAVELERS STAFF COUNSEL INDIANA*
280 East 96th Street, Suite 325
Indianapolis, IN  46240
PH (317) 818-5123
FX (317) 818-5124
arcole@travelers.com