# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, )<br>         PLAINTIFF, )<br>V. )<br>    )<br>CITY OF CARMEL, a municipality, and )<br>ADAM THEIS, an individual; )<br>    )<br>    )<br>    )<br>    DEFENDANTS. ) | CAUSE NO. 1:19-cv-4607 |

## PLAINTIFF'S NOTICE OF SERVICE OF PAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Comes now Plaintiff, Chandler Two Hunter Beach by counsel, April M. Jay, and notifies the Court that Plaintiff served his Preliminary Witness And Exhibit List on Defendants on March 26, 2020, in accordance with the Case Management Plan.

                       Respectfully submitted,

                       /s/ April M. Jay
                       April M. Jay, #32286-49
                       Camden & Meridew, P.C.
                       10412 Allisonville Rd., Ste. 200
                       Fishers, IN 46038
                       Tel: (317) 770-0000
                       Fax: (888) 339-9611
                       E-mail: aj@camlwyers.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 26, 2020, a copy of the foregoing was filed and served upon the following parties via ECF:

Aimee Rivera Cole
TRAVELERS STAFF COUNSEL OFFICE
(Indianapolis)
280 East 96th Street
Suite 325
Indianapolis, IN 46240

Matthew L. Hinkle
COOTS HENKE & WHEELER
255 E. Carmel Drive
Carmel, IN 46032

                                                    /s/ April M. Jay
                                                    April M. Jay