# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH,  )<br>　　　　　　　　　　　PLAINTIFF,  )<br>V.　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>CITY OF CARMEL, a municipality, and  )<br>ADAM THEIS, an individual;　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　DEFENDANTS.  ) | CAUSE NO. 1:19-cv-4607 |

## MOTION TO WITHDRAW THE APPEARANCE OF

Come now April M. Jay and respectfully moves to withdraw her appearance in the above captioned matter on behalf of Plaintiff as she is separating employment with Camden & Meridew, P.C. Julie A. Camden will remain counsel for Plaintiff.

WHEREFORE, April M. Jay respectfully requests that this Court grant her request to withdraw her appearance. Julie A. Camden will remain counsel for Plaintiff.

                                            Respectfully submitted,

                                            _/s/ April M. Jay_
                                            April M. Jay, #32286-49
                                            Julie A. Camden, # 26789-49
                                            Camden & Meridew, P.C.
                                            10412 Allisonville Rd., Ste. 200
                                            Fishers, IN 46038
                                            Tel: (317) 770-0000
                                            Fax: (888) 339-9611
                                            E-mail:  aj@camlwyers.com
                                                            jc@camlawyers.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 26, 2020, a copy of the foregoing was served upon the following parties via U.S. First Class Mail or electronically via IEFS, postage prepaid:

Aimee Rivera Cole
TRAVELERS STAFF COUNSEL OFFICE
(Indianapolis)
280 East 96th Street
Suite 325
Indianapolis, IN 46240

Matthew L. Hinkle
COOTS HENKE & WHEELER
255 E. Carmel Drive
Carmel, IN 46032

                                                                /s/ April M. Jay
                                                               April M. Jay, #32286-49