UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHANDLER TWO HUNTER BEACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-04607-RLY-TAB |
| | ) | |
| CITY OF CARMEL, | ) | |
| ADAM THEIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON JULY 30, 2020, TELEPHONIC STATUS CONFERENCE AND
ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel July 30, 2020, for a telephonic status conference. Discussion was held regarding discovery, settlement and related matters.

**This cause is set for a telephonic status conference at 10 a.m. on November 5, 2020.** Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to case status and settlement.

Date: 7/30/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email.