IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CARMEL, a municipality, )<br>and ADAM THEIS, an individual, )<br>)<br>Defendants. ) | Cause No. 1:19-cv-04607-RLY-TAB |

## DEFENDANT ADAM THEIS'S MOTION FOR SUMMARY JUDGMENT

Defendant Adam Theis, by counsel, pursuant to Fed. R. Civ. P. 56 and S.D. Ind. L.R. 56.1, respectfully requests the Court to enter judgment in their favor on all claims asserted. In support of this motion, Defendant states as follows:

1. Plaintiff, Chandler Two Hunter Beach, brings this matter pursuant to 42 U.S.C. § 1983, alleging a violation of his rights under the Fourth and Fourteenth Amendments of the Constitution of the United States and Indiana law.

2. For purposes of this motion only, Defendant Adam Theis submits that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law. As explained in his Memorandum in Support of Summary Judgment, and as shown by the designated evidence, Defendant Adam Theis is entitled to judgment in his favor as a matter of law on each of Plaintiff's claim.

WHEREFORE, Defendant, Adam Theis, by counsel, respectfully requests the Court enter judgment in his favor on all claims asserted and against Plaintiff in this

cause, dismiss this action in its entirety, and grant all other just and proper relief in the premises.

>Respectfully submitted,
>
>**COOTS, HENKE & WHEELER, P.C.**
>
>*s/ Matthew L. Hinkle*
>Matthew L. Hinkle, #19396-29
>Alex Emerson, #32577-49
>*Attorneys for Defendant, Adam Theis*

## CERTIFICATE OF SERVICE

I hereby certify that on the **19th day of November, 2020,** a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system.

Julie A. Camden
David W. Gray
CAMDEN & MERIDEW, PC
10412 Allisonville Road, Suite 200
Fishers, IN 46038
jc@camlawyers.com
*Attorney for Plaintiff*

Aimee Rivera Cole
TRAVELERS STAFF COUNSEL OFFICE
280 East 96th Street, Suite 325
Indianapolis, IN 46240
arcole@travelers.com
*Attorney for Defendant, City of Carmel*

>*s/ Matthew L. Hinkle*
>Matthew L. Hinkle, #19396-29

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032

Tel: (317) 844-4693  
Fax: (317) 573-5385  
Email:mhinkle@chwlaw.com  
      aemerson@chwlaw.com