**CASE NUMBER: 29D03-1811-F3-007955    FILED: 11/15/2018**

IN THE CARMEL CITY COURT
STATE OF INDIANA

STATE OF INDIANA                                    CASE NUMBER: 2018-47666

V.                                                  CAUSE NO. _____

CHANDLER TWO HUNTER BEACH

AFFIDAVIT FOR PROBABLE CAUSE

Comes now Detective Adam Theis, who hereby swears upon his oath, deposes and says:

1. I am a Law Enforcement Officer with the Carmel Police Department.

2. I am filing this affidavit for probable cause in support of the charges of Robbery (Level 3 Felony), Pointing a Firearm (Level 6 Felony), Intimidation (Level 5 Felony), Criminal Recklessness (Level 6 Felony), Carrying a Handgun without a license (A Misdemeanor) and Theft (A Misdemeanor), against Chandler Two Hunter Beach, a Black/male, DOB: 10/31/1999, height 5'8", weight 155lbs, with Black hair and Brown eyes.

3. On 07/25/2018 at approximately 0441 hours Officer G. Dawson along with several other Officers' responded to the Speedway located at 10005 N Michigan Rd in reference to an armed robbery. Dispatch advised the complainant, Jerry Poe advised two black males entered the store, one armed with a hand gun demanding money. Poe immediately ran out the back of the store and called Police. Upon arrival, Officer's cleared the store and discovered both suspects had fled. They saw a cash drawer was missing from one of the cash registers.

I received a telephone call from Sergeant R. Harris. He briefed me on the incident and requested I respond to the scene. I requested he contact the on call Crime Scene Investigator (CSI) as well.

Upon my arrival, I met with Sergeant R. Harris and Officer G. Dawson. CSI S. Pilkington was on scene processing.

Officer G. Dawson told me a black male wearing a red hooded sweatshirt entered the store with his hood up. He immediately walked to the chip isle and selected a bag of flaming hot Cheetos. The male brought the Cheetos to the counter. Once at the counter, another black male wearing a dark hooded sweatshirt with the hood up entered the store brandishing a handgun. He yelled to the cashier, Jerry Poe to hand over money. Poe ducked and immediately ran for the side (north) door of the gas station. Poe then hid near the front of the store and called Police. K9 tracked the suspects to Walnut Creek Dr which is directly east of the Speedway next to a retention pond. It

**Exhibit A-1 - Probable Cause Affidavit in Support of Arrest Warrant for Chandler Beach**

appeared a vehicle may have been parked due to the road being dry in one area. The rest of the side of the road was wet with morning dew.

I met with the Cashier, Poe. I took him to my Department issued vehicle and conducted a recorded interview. Poe told me around 0440 hours a young black male wearing a red hooded sweatshirt with the hood up entered the store. He walked directly to the chip isle and selected a bag of Flaming Hot Cheetos and brought them to the counter. Poe asked if it was cold out at which time out of his peripheral view he saw another black male entering the store with a dark colored hooded sweatshirt also with the hood up. As the second male entered he almost immediately raised an unknown handgun up and demanded money as he walked forward to the counter. Poe said as soon as he saw the gun he ducked and began running for the side north door of the gas station. As he ran he heard, "Hey, Hey" and what sounded like someone running after him. However, he didn't stop or turn to look. Once outside he circled the front of the store and hid by some trees and called Police. While on the phone, he was looking into the store but couldn't see anyone inside. After Police arrived, Poe went back inside and saw the cash drawer was missing from one of the cash registers. He advised the register with the missing cash drawer had not been in use and should only have had approximately $82 in it. The other register did not appear to have been disturbed.

Poe described suspect 1 as;
- Black male
- Late teens
- 6'0"
- Skinny approximately 150lbs
- Red hooded sweatshirt with unknown writing on the front

    Poe advised he could not identify suspect 1 if he saw him again

Poe described suspect 2 as;
- Black male
- Late teens
- 6'0"
- Skinny approximately 150lbs
- Dark hooded sweatshirt

- Armed with silver and black handgun

Poe advised he could not identify suspect 2 if he saw him again.

Poe said the cash drawer has an internal alarm on it and when it is pulled from the register it notifies their corporate security office. They called Poe shortly after Police arrival and relayed that both suspects fled the store eastbound from the north side door.

Speedway Manager, Lashanda Peete arrived on scene and assisted with accessing their video surveillance. I watched and saw the events occurred as Poe described. As Poe ran to the door, suspect 1 wearing the red hooded sweatshirt did give chase. However, once outside he stopped chasing Poe and went back inside. Once back inside, Suspect 1 took the drawer out of the register and fled with it east bound from the north door. Suspect 2 left the store shortly after out the north door and ran east as well.

From the video, I saw Suspect 1 was a dark complected black male wearing a black baseball hat, red hooded sweatshirt with "D" and "Dhoshea" written directly under the D, Black pants and black shoes. He appears to be short approximately 5'6" – 5"9".

Suspect 2 was a medium complected black male wearing a black hooded sweatshirt with white strings, gray sweat shorts, black tennis shoes and he was armed with a black handgun. He appears to be very short approximately 5'7" – 5'9".

After watching the video, CSI S. Pilkington went back and processed a few areas which had been touched by the suspects. He also took the bag of Cheetos to be processed further.

CSI S. Pilkington later located 4 prints on the bag of Cheetos. The prints were sent off to the Indiana State Laboratory.

On 09/04/2018 I received a certificate of analysis back from the Indiana State Police which identified two of the finger prints belonged to Tyric Hollins.

Hollins had his address listed as 4902 Oakbrook Dr, Indianapolis, In 46254 which was dated 04/07/2018 on BMV records. I also discovered he was enrolled at Pike High School located at 5401 W 71st St, Indianapolis, In 46268.

**CASE NUMBER: 29D03-1811-F3-007955    FILED: 11/15/2018**

I responded to Pike High School and they verified his address for the 2018-2019 school year was listed as 4902 Oakbrook Dr. I responded to the address and went into the leasing office. They confirmed Tyric lived at 4902 Oakbrook Dr along with her Mother, Raven Sykes.

On 09/06/2018 I contacted Pike High School and verified Tyric was at Pike High School. I had Pike School Resource Officers take Tyric into custody. Detective S. Long and I responded to Pike High School and met with Tyric along with his Mother, Raven Sykes. I read Raven and Tyric the juvenile admission of rights form. Tyric admitted to being the suspect in the red hooded sweatshirt with "Doshea" printed on the front. He stated the other male with him who was armed with the handgun was nicknamed, "Moni". Tyric admitted to also wearing a black visor hat during the robbery. I asked where the red "Doshea" sweatshirt was. He said he believed it was at a friends but he didn't know for sure. He did not give any further information in regards to Moni or the incident.

I placed Tyric under arrest for Robbery, Intimidation, and Theft.

I confiscated Tyric's cellular phone and tagged it into evidence at the Carmel Police Department. I later applied for and was granted a search warrant for the contents of Tyric's cellular phone. I located the following in his cellular phone;

- I located numerous videos with Tyric displaying a firearm. A video dated 07/25/2018 at 05:20 hours (39 minutes following robbery) Tyric is displaying a handgun which I can positively identify as the handgun used in the robbery. The handgun is silver in the exposed part of the barrel in the ejection cut out which can easily be seen in the video surveillance.

- I located a video dated 07/25/2018 at 5:37am (56 minutes following robbery). The video appears to have been taken at an unknown Shell Gas Station. In the video, Tyric is wearing a black visor hat and is displaying the same handgun which was used in the commission of the robbery. He also fans out an unknown amount of US currency.

- I located a video dated 07/25/2018 at 05:41am (1 hour following robbery). The video is a second unknown black male. The black male is wearing the red "Doshea"

- sweatshirt with the hood up. He displays a different handgun and also shows an unknown amount of US currency. He matches the description of the suspect who was armed with the handgun at the Speedway wearing the black sweatshirt. It appears there is another black male in the vehicle in the background of the video. However, I could not tell if it was Tyric or another black male.

- I located a chat thread with 31 people in it dated 09/01/2018. In the thread, a text is sent requesting everyone to text a "selfie" so everyone knows who was included in the thread. Two photographs were sent from telephone number (317) 517-9051 into the thread at this time. I immediately identified the photographs as the same subject in the video following the robbery who was wearing the red hooded "Doshea" sweatshirt. In one photo, it shows the second suspect wearing a white vest, jeans and Burberry scarf on his head. In the photograph, he has a handgun sitting in his lap. The handgun is hot pink and has a black extended magazine in the magazine well. The second photograph is a close up of his face.

I discovered "Doshea" was a new small business based out of Georgia. The owner previously resided in Indianapolis and advised she sold shirts with her "Doshea" symbol on them to friends and family when she was first starting up "a couple years ago". She said the red hooded sweatshirt in question was a "custom order" one of kind sweatshirt. However, she didn't remember who purchased the sweatshirt. At this time, the sweatshirt has not been located.

I looked through Facebook and under Pike High School student Trelyn Bouie, who is not related to the case, I saw he was friends with, "Cj Stacks". I saw Cj Stacks was the same suspect in the video following the robbery in the Doshea sweatshirt. I later located a second Facebook account for him under, "Cj Baker". I saw both photographs which were sent from (317) 517-9051 were in the "photo" section of Cj Stack's Facebook page. Under Cj's "timeline" it posted his birthday. From the birthday, I was able to check Marion County records and identify him as Chandler Two Hunter Beach DOB 10/31/1999. I positively identified Beach as the suspect in the video in Tyric's cellular phone which was one hour after the robbery was committed. I checked Beach, via BMV records and saw he was listed as 5'8" weighing 155lbs which fits the general description of the second suspect.
I checked Interact and it showed Beach was stopped while driving a Red Ford Edge bearing Indiana registration WRU875 on 10/09/2018. During the stop, Lawrence Police located a hot pink handgun in

**CASE NUMBER: 29D03-1811-F3-007955    FILED: 11/15/2018**

the vehicle. Beach admitted the handgun belonged to him. The handgun is believed to be the same handgun which is shown in the photograph I distributed in an attempt to previously identify him.

Except as specifically noted, all of the above events occurred in Hamilton County, Indiana, except where specifically noted.

I swear under the penalties of perjury as specified by IC 35-44.1-2-1, that the foregoing representations are true.

Date: 11/14/2018

#4006

Detective Adam Theis #4006