IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CARMEL, a municipality, )<br>and ADAM THEIS, an individual, )<br>)<br>Defendants. ) | Cause No. 1:19-cv-04607-RLY-TAB |

**DEFENDANT THEIS' MOTION FOR LEAVE TO WITHDRAW OR SUPPLANT DKT. 44 WITH AN AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendant, Adam Theis, by counsel, respectfully requests that the Court grant him leave to withdraw his Motion for Summary Judgment and file an Amended Motion for Summary Judgment, and in support hereof he states as follows:

1. On November 19, 2020, Defendant Adam Theis filed his Motion for Summary Judgment [Dkt. 44], along with Designation of Evidence [Dkt. 45] and Memorandum in Support of Motion for Summary Judgment [Dkt. 46].

2. There was confusion with undersigned counsel and his paralegal as to the readiness of the Motion [Dkt. 44] to be filed. Given this confusion, the Motion was inadvertently electronically signed and filed while still in draft form – as can be evidenced by some typographical errors and noun/verb tense disagreement.

3. Consequently, Defendant seeks leave to file the attached Amended Motion for Summary Judgment. (Exhibit A)

4. If this Motion for Leave is granted, then Defendant also requests that his Designation of Evidence [Dkt. 45] and Memorandum in Support of Motion for Summary Judgment [Dkt. 46] be associated with the Amended Motion for Summary Judgment, once approved.

5. Plaintiff will not be prejudiced by the granting of this Motion.

WHEREFORE, Defendant, Adam Theis, by counsel, respectfully requests leave to file an Amended Motion for Summary Judgment and to have his Designation of Evidence and Supporting Memorandum be associated with the Amended Motion and for all other relief just and proper in the premises.

    Respectfully submitted,

    **COOTS, HENKE & WHEELER, P.C.**

    *s/ Matthew L. Hinkle*
    Matthew L. Hinkle, #19396-29
    *Attorney for Defendant, Adam Theis*

//

## CERTIFICATE OF SERVICE

  I hereby certify that on the **20th day of November, 2020,** a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system.

Julie A. Camden
David W. Gray
CAMDEN & MERIDEW, PC
10412 Allisonville Road, Suite 200
Fishers, IN  46038
jc@camlawyers.com
*Attorney for Plaintiff*

Aimee Rivera Cole
TRAVELERS STAFF COUNSEL OFFICE
280 East 96th Street, Suite 325
Indianapolis, IN  46240
arcole@travelers.com
*Attorney for Defendant, City of Carmel*

            *s/ Matthew L. Hinkle*
            Matthew L. Hinkle, #19396-29

**COOTS, HENKE & WHEELER, P.C**.
255 East Carmel Drive
Carmel, IN 46032
Tel: (317) 844-4693
Fax: (317) 573-5385
Email:mhinkle@chwlaw.com
   aemerson@chwlaw.com