# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 1:19-cv-04607-RLY-TAB |
| v. ) | |
| ) | |
| CITY OF CARMEL, a municipality, and ) | |
| ADAM THEIS, an individual, ) | |
| ) | |
| Defendants. ) | |

## EMERGENCY MOTION TO EXCUSE DEFENDANT ADAM THEIS
## FROM ATTENDANCE AT SETTLEMENT CONFERENCE

Defendant, Adam Theis, an individual, by counsel, respectfully requests that the court excuse this Defendant from having to appear at the Telephonic Settlement Conference on December 15, 2020, and in support hereof state as follows:

1.  This matter is set for a telephonic settlement conference to occur on December 15, 2020, at 1:30 p.m.

2.  This morning, counsel was informed by Defendant Adam Theis ("Theis") that he has contracted COVID-19 and is sick. Given Theis's illness, he is not feeling well enough to fully participate in the settlement conference. Unless his condition changes, Theis believes he can take a phone call from counsel or the court, if necessary, to address a particular issue.

3.  In light of the Court's instructions in its order setting the settlement conference [Dkt. 41], Theis respectfully requests that he be excused from participating in the settlement conference.

1

4.	At the settlement conference, Theis will be represented by counsel and an agent of the insurance carrier for the City of Carmel Police Department. The insurance representative will have the necessary settlement authority to reasonably resolve Plaintiff's claims.

5.	In addition to undersigned counsel's attendance along with the adjuster assigned to his claim, a representative of the Carmel Police Department and/or its claim adjuster will be attending the settlement conference as well.

WHEREFORE, Defendant, by counsel, requests that the Court excuse Adam Theis from having to appear at the Settlement Conference on December 15, 2020, and for all other just and proper relief.

Respectfully Submitted,

COOTS, HENKE & WHEELER, P.C.

*s/ Matthew L. Hinkle*
Matthew L. Hinkle, #19396-29
Alex Emerson, #32577-49
*Attorneys for Defendant Adam Theis*

## CERTIFICATE OF SERVICE

      I hereby certify that on the **14th day of December, 2020,** a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system.

Julie A. Camden
David W. Gray
CAMDEN & MERIDEW, PC
10412 Allisonville Road, Suite 200
Fishers, IN 46038
jc@camlawyers.com

Aimee Rivera Cole
TRAVELERS STAFF COUNSEL OFFICE
280 East 96th Street, Suite 325
Indianapolis, IN 46240
arcole@travelers.com

                                              *s/ Matthew L. Hinkle*
                                              Matthew L. Hinkle, #19396-29

**COOTS, HENKE & WHEELER, P.C**.
255 East Carmel Drive
Carmel, IN 46032
Tel: (317) 844-4693
Fax: (317) 573-5385
Email: mhinkle@chwlaw.com
           aemerson@chwlaw.com