UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CARMEL, a municipality, and ) <br> ADAM THEIS, an individual, ) <br> ) <br> Defendants. ) | Cause No. 1:19-cv-04607-RLY-TAB |

## ORDER GRANTING DEFENDANT'S MOTION TO EXCUSE
## FROM HAVING TO APPEAR AT SETTLEMENT CONFERENCE

This matter is before the Court on the Defendant's Emergency Motion to Excuse Adam Theis from attendance at the December 15, 2020 Telephonic Settlement Conference.

Defendant's Motion is hereby GRANTED, and Defendant Adam Theis is excused from attending the telephonic settlement conference.

SO ORDERED this 14th day of December, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:
   Counsel via CM/ECF