Exhibit 1

## AFFIDAVIT OF RECORDS CERTIFICATION

I, Andre Miksha, being duly sworn upon my oath, state as follows:

1.　　　I am the custodian of the records maintained within the office of **Hamilton County Prosecuting Attorney's Office.**

2.　　　I have reviewed the attached pages of photocopied records and/or digital images maintained by this entity relating to the criminal prosecution of Chandler Two Hunter Beach, Cause No. 29D03-1811-F3-007955.

3.　　　The records attached hereto were made at or near the time of the matters set forth therein, by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters, and it is the regular practice of the **Hamilton County Prosecuting Attorney's Office** to make such records, and they are kept in the course of a regularly conducted business activity.

This certification is given by the custodian of the records in lieu of the custodian's personal appearance.

**I AFFIRM, UNDER PENALTIES FOR PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.**

Documents produced:

PCMS - notes
PCMS - case dates
Beach - Crim Hx - Criminal_Transcript
Beach - Crim Hx - BMV
_msg-_Theis__Adam_G_-_RE__Chandler_Beach_18-47666_-0
_msg-_Matt_Kestian_-_RE__Chandler_Beach_-0
_msg-_Matt_Kestian_-_Chandler_Beach_-0
_msg-_Lynn_Bauer_-_FW__Chandler_Beach.pdf_-0
_msg-_Haymaker__William_-_Re__Chandler_Beach_-0
_msg-_Brian_Johnson_-_FW__Chandler_Beach_18-47666_-0
_msg- Matt Kestian - Chandler Beach -0
_msg- Matt Kestian - Chandler Beach -0 - Cell_Phone_Data__02-08-19

Andre Miksha, Chief Deputy Pros. Atty.
317-776-8595

Date: _Sept. 4, 2020_

# Case Dates

29D03-1811-F3-007955:Chandler Beach

| Date | Time | Event |
|------|------|-------|
| 07/25/2018 | | Offense Date |
| 11/15/2018 | 10:24:20 AM | New Cause No. |
| 11/15/2018 | 10:36:03 AM | E-filed |
| 11/15/2018 | 11:00:00 AM | E-file - Received Cause Number |
| 11/15/2018 | | Information Filed |
| 11/15/2018 | | Appearance Filed |
| 11/15/2018 | | Probable Cause Affidavit Filed |
| 11/15/2018 | | Warrant Issued |
| 11/20/2018 | | Arrest Date |
| 11/21/2018 | 01:15:00 PM | Initial Hearing |
| 11/21/2018 | 10:33:10 AM | E-file - TCN Transmitted to Court |
| 11/26/2018 | | Appearance Filed |
| 11/26/2018 | | Indigent Counsel Appointed at County Expense |
| 01/02/2019 | | Appearance Filed |
| 01/02/2019 | 11:01:55 AM | E-file Subsequent Filing |
| 01/02/2019 | | Response Filed |
| 01/03/2019 | | Motion to Withdraw Appearance Filed |
| 01/04/2019 | | Order Granting Motion to Withdraw Appearance |
| 01/11/2019 | | Notice of Alibi Filed |
| 01/15/2019 | 01:30:00 PM | Pre-Trial Conference |
| 02/06/2019 | 02:35:15 PM | E-file Subsequent Filing |
| 02/06/2019 | | Discovery Filed |
| 02/07/2019 | 01:20:47 PM | E-file Subsequent Filing |
| 02/07/2019 | | Discovery Filed |
| 02/19/2019 | 03:37:12 PM | E-file Subsequent Filing |
| 02/19/2019 | | Motion to Dismiss Filed |
| 02/20/2019 | | Dismissed |
| 04/01/2019 | 01:30:00 PM | Final Pre-Trial Conference |
| 05/08/2019 | 09:00:00 AM | Jury Trial |

Count: 1    Armed Robbery

| Date | Time | Event |
|------|------|-------|
| 11/14/2018 | 01:08:12 PM | Initial Entry (offense, enhancement) |
| 02/20/2019 | | Dismissed |

Count: 2    Pointing a Firearm

| Date | Time | Event |
|------|------|-------|
| 11/15/2018 | 09:47:19 AM | Initial Entry (offense, enhancement) |
| 02/20/2019 | | Dismissed |

Count: 3    Carrying a Handgun Without a License

| Date | Time | Event |
|------|------|-------|
| 11/15/2018 | 09:47:19 AM | Initial Entry (offense, enhancement) |
| 02/20/2019 | | Dismissed |

Count: 4    Theft

| Date | Time | Event |
|------|------|-------|
| 11/15/2018 | 09:47:19 AM | Initial Entry (offense, enhancement) |
| 02/20/2019 | | Dismissed |

1

# <u>Case Notes</u>

### 29D03-1811-F3-007955 - Beach, Chandler Two Hunter

| | | |
|---|---|---|
| **Related Person Notes** | [03/28/2019 @ 10:24:07] User N Strike CPD was merged with this user by tat. | Date: 03/28/2019 By: tat |
| **Case Notes** | 2/5/19 Received (2) cd's with SW photos, (2) cd's with April Beach interview, (2) cd's with Verizon records and (2) cd's with Chandler Beach interview; put in Lynn's mailbox (AJ) | Date: 02/05/2019 By: agj |
| **Case Notes** | 1/23/19 made new disc for kestian including case report, CAD, and Charging info BJ | Date: 01/23/2019 By: bjohnson |
| **Case Notes** | TCN Electronically Sent to Odyssey by Teresa A. Thomas on 2018-11-21 10:33:11 AM | Date: 11/21/2018 By: tat |
| **Case Notes** | 11/20/18 Received numerous cd's; put in Lynn's mailbox (AJ) | Date: 11/20/2018 By: agj |
| **Case Notes** | 1-15-18 sent v letter. sent v packet. ordered isp justice recs. ordered gun letter. ordered 911 and cad....las | Date: 11/15/2018 By: las |
| **Case Notes** | 11/15/18 e-filed WARRANT | Date: 11/15/2018 By: kcb |

| **Case Notes** | 11/15/18 co-def in robbery, but didn't learn his identity in time to file it with 29D03-1809-F3-006285. Should be randomly assigned. DMM | Date: 11/15/2018 By: dmm |
|---|---|---|
| **Date Notes** | Cause number changed from 29-DM160161 to 29D03-1811-F3-007955 on 11/15/2018 at 11:00:04 | Date: 11/15/2018 By: IMPORT |
| **Date Notes** | Cause number changed from 29-NC1811-160161 to 29-DM160161 on 11/15/2018 at 10:24:20. | Date: 11/15/2018 By: dmm |
| **Case Notes** | 11/14/18 tasked to Dave per Amy's request. Not on probation, WR or EMP. | Date: 11/14/2018 By: kcb |
| **Related Person Notes** | [09/26/2018 @ 15:30:53] User Cristhian Rodriguez was merged with this user by tat. | Date: 09/26/2018 By: tat |
| **Related Person Notes** | [01/26/2015 @ 14:35:04] User Scott Long was merged with this user by tat. | Date: 01/26/2015 By: tat |
| **Related Person Notes** | [01/21/2015 @ 15:53:00] User CHRISTHIAN RODRIGUEZ was merged with this user by tat. | Date: 01/21/2015 By: tat |
| **Related Person Notes** | fax subs to headquarters | Date: 09/13/2013 By: las |

**From:** Haymaker, William <haymakerw@fishers.in.us>
**Sent:** Thursday, February 14, 2019 6:37 PM
**To:** Brian Johnson
**Subject:** Re: Chandler Beach

I didnt know the other phone needed done.   I will get to it when i get a chance

Detective William Haymaker
HCMCETF

317-595-3322

On Feb 14, 2019, at 8:34 AM, Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov> wrote:

> **EXTERNAL SENDER:**  Please exercise increased caution. Do not open attachments or click links from unknown unexpected email messages.
>
> Sorry to bother you on this again but the defense attorney is emailing me basically every day.  Do you have an estimate for when the next phone will be done so I can tell him so he stops emailing me? Thanks
>
> **From:** Brian Johnson
> **Sent:** Monday, February 11, 2019 3:30 PM
> **To:** 'Haymaker, William' <haymakerw@fishers.in.us>
> **Cc:** atheis@carmel.in.gov
> **Subject:** RE: Chandler Beach
>
> Got the file.  Thanks for your help on this.  The other phone is from tyric Hollins.  Thanks
>
> **From:** Haymaker, William [mailto:haymakerw@fishers.in.us]
> **Sent:** Monday, February 11, 2019 2:48 PM
> **To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
> **Cc:** atheis@carmel.in.gov
> **Subject:** Chandler Beach
>
> Prosecutor Johnson
>
> You should have received an email from our cloud server for your new account creation. If you didn't receive that email, check your spam or junk mail. These are your next steps:
>
> •       Open a web browser (Chrome preferred) and go to
> https://fpdcflcloud.fishers.in.us
> o        If the browser tells you your connection isn't secure, look towards the bottom of the window and find the "advanced" link. Click on that and look for something that tells you to "go to this site anyway" or something similar.
> •       Your username is "Brian Johnson" and the password is in your welcome email from the cloud server.

**4**

•        After you login with that temporary password, you will be required to immediately change your password. Create a password that you will remember and that includes a capital letter, a lower case letter, a symbol, and a number. The password must be a minimum of eight characters long with all of those parameters met. This password will be used to access this system in the future should there be a need.

•        Once you change your password, login again with the new password.

•        On the "desktop" for the cloud server, you will see an icon for "File Station"

•        Open File Station and you should see the directory that has been shared with you. You can download the shared/encrypted RAR file from that shared folder to your local storage disk.

•        After you have downloaded the file, let me know so I can remove the file from the server.

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

| From: | Matt Kestian <mk@camlawyers.com> |
|---|---|
| Sent: | Wednesday, February 13, 2019 2:00 PM |
| To: | Brian Johnson |
| Subject: | Chandler Beach |

From the Verizon report, Chandler's phone was at or near his house on 7/25 at the time of the robbery.  On page 1333-1334 of Chandler's Phone's Extraction Report, the phone wasn't just sitting there passively downloading data, there was activity on his phone 24 minutes prior to the robbery, contrary to Det. Theis' statement that there was no activity after 3:49 a.m.  Chandler was texting someone to get to sleep.

7/25/2018 3:33:19 AM(UTC-4)Direction:Outgoing, +13175179051
you have no sleep schedule you dont be tired asf ?

Status: Sent
Delivered: 7/25/2018 3:33:20 AM(UTC-4)

7/25/2018 3:48:27 AM(UTC-4)Direction:Incoming, +13173843402
Nah

Status: Read
Read: 7/25/2018 4:15:54 AM(UTC-4)

7/25/2018 4:16:07 AM(UTC-4)Direction:Outgoing, +13175179051
i'll be tired lol but gts fr

Status: Sent
Delivered: 7/25/2018 4:16:09 AM(UTC-4)

Google maps says it's a 26 minute drive.  The robbery occurred at 4:40 a.m.

Matthew R. Kestian
Camden & Meridew, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038
(317) 770-0000 Phone
(888) 339-9611 Fax

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, you may not read, copy, distribute or take action in reliance upon this message. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. This message may contain information which is privileged, confidential and exempt from disclosure under applicable law and we do not waive attorney-client or work-product privilege by the transmission of this message.

| From: | Matt Kestian <mk@camlawyers.com> |
| Sent: | Friday, February 8, 2019 3:21 PM |
| To: | Brian Johnson |
| Subject: | Chandler Beach |
| Attachments: | Cell Phone Data (02-08-19).pdf |

I received the first set of your supplement discovery today.  Thank you.

I have attached my analysis of the cell phone records.  I acknowledge that I might have missed something because I've only had those records for 3 hours, but it seems pretty clear to me.

On July 25, 2018, from 4:40 am – 5:41 am, the suspects were driving around making cell phone videos.  During that time, Chandler's phone was stationary, at or near his home 20 miles away from the crime scene, continuously using data, through switch and tower 229114.  In addition, during the entire 3 days for which we have records, Chandler's phone was on the east side.

In the PC Affidavit for the iPhone search, Detective Theis said the Verizon reports "showed no activity on Chandler's phone around the time of the robbery after it was pinged near his residence at 0349 hours on 07/25/2018."  That is simply not a true statement.  The report shows that Chandler's phone was engaged in two active sessions, one that began at 00:40:41 and ended at 05:56:26 and a second that began at 03:49:29 and ended at 5:56:29.  During that time, the sessions used 671 MB of data.  Had Chandler's phone moved more than a mile or two, it would have terminated its session with switch and tower 229114 and started a new session, or sessions, with other towers.

I have also reviewed Chandler's and April's interviews.  Det. Theis is clearly placing significant weight on the three videos the suspects made on 7/25/2018.  I assume those are part of the cell phone forensic exams that you can't send me due to child porn.  Can I come to the prosecutor's office, or Carmel PD to review those videos and the 31 person group chat at issue?  If so, I may not need a copy of the disk.  I will be at the courthouse Tuesday morning for a guilty plea in Superior 4 so that would be the most convenient time for me.  Or any time except Monday morning.

I again ask that you consider dismissing this case, or at least agreeing to drastically reducing his bond.  He has been in jail for almost 3 months for a crime he didn't commit and his trial is still 3 months away.

Thank you,
Matthew R. Kestian
Camden & Meridew, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038
(317) 770-0000 Phone
(888) 339-9611 Fax

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, you may not read, copy, distribute or take action in reliance upon this message. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. This message may contain information which is privileged, confidential and exempt

from disclosure under applicable law and we do not waive attorney-client or work-product privilege by the transmission of this message.

I located numerous videos with Tyric displaying a firearm.  A video dated 07/25/2018 at 05:20 hours (39 minutes following robbery) Tyric is displaying a handgun which I can positively identify as the handgun used in the robbery.  The handgun is silver in the exposed part of the barrel in the ejection cut out which can easily be seen in the video surveillance.

I located a video dated 07/25/2018 at 5:37am (56 minutes following robbery).  The video appears to have been taken at an unknown Shell Gas Station.  In the video, Tyric is wearing a black visor hat and is displaying the same handgun which was used in the commission of the robbery.  He also fans out an unknown amount of US currency.

I located a video dated 07/25/2018 at 05:41am (1 hour following robbery).  The video is a second unknown black male.  The black male is wearing the red "Doshea" sweatshirt with the hood up.  He displays a different handgun and also shows an unknown amount of US currency.  He matches the description of the suspect who was armed with the

Probable cause affidavit of Detective Adam Theis [continued]                                   Page 3

handgun at the Speedway.  It appears there is another black male in the vehicle in the background of the video.  However, I could not tell if it was Tyric or another black male.

4:40 am: Robbery

5:20 am: Tyric and other suspects have their phones, and are driving around making videos

5:37 am:  Suspects are at a Shell Gas Station making videos

5:41 am:  Suspects still have their phones and are making videos

9

| start date/time | stop date/time | MSISDN | Total MB | ECGI eNodeB ID | Served PDP PDN | SID | NID | Cell ID |
|---|---|---|---|---|---|---|---|---|
| Start date and time of the session | Stop date and time of the session | Mobile number associated with the device (phone, PDA, PC card, mobile modem). | Megbytes used if relevant to session | Used to identify which switch and tower the target utilized during the transaction when the device is using the 4G network | IP used to connect to session in either IP or IPV6 format | Used to identify which switch and tower the target utilized during the transaction when the device is using the 3G network. | | |

| | Start Date/Time | Stop Date/Time | MSISDN | Orig Total MB | ECGI | ECGI eNodeB ID | ECGI Market ID | Market eNodeB # |
|---|---|---|---|---|---|---|---|---|
| 14 | 2018/07/25 17:56:31 (GMT -4) | 2018/07/25 19:32:24 (GMT -4) | 3175179051 | 0.328 | 311480-037efa03 | 229114 | 229 | 114 |
| 15 | 2018/07/25 14:14:47 (GMT -4) | 2018/07/25 17:56:31 (GMT -4) | 3175179051 | 0.18 | 311480-037efa03 | 229114 | 229 | 114 |
| 16 | 2018/07/25 11:56:32 (GMT -4) | 2018/07/25 17:56:32 (GMT -4) | 3175179051 | 1121.499 | 311480-037efa03 | 229114 | 229 | 114 |
| 17 | 2018/07/25 11:56:31 (GMT -4) | 2018/07/25 14:14:47 (GMT -4) | 3175179051 | 1.794 | 311480-037efa03 | 229114 | 229 | 114 |
| 18 | 2018/07/25 10:40:43 (GMT -4) | 2018/07/25 11:56:31 (GMT -4) | 3175179051 | 0.003 | 311480-037efa03 | 229114 | 229 | 114 |
| 19 | 2018/07/25 05:56:32 (GMT -4) | 2018/07/25 11:56:32 (GMT -4) | 3175179051 | 363.716 | 311480-037efa03 | 229114 | 229 | 114 |
| 20 | 2018/07/25 05:56:31 (GMT -4) | 2018/07/25 10:40:43 (GMT -4) | 3175179051 | 0.078 | 311480-037efa03 | 229114 | 229 | 114 |
| 21 | 2018/07/25 03:49:29 (GMT -4) | 2018/07/25 05:56:29 (GMT -4) | 3175179051 | 0.011 | 311480-037efa03 | 229114 | 229 | 114 |
| 22 | 2018/07/25 00:40:41 (GMT -4) | 2018/07/25 05:56:26 (GMT -4) | 3175179051 | 671.294 | 311480-037efa22 | 229114 | 229 | 114 |
| 23 | 2018/07/24 21:49:29 (GMT -4) | 2018/07/25 03:49:29 (GMT -4) | 3175179051 | 0.019 | 311480-037efa03 | 229114 | 229 | 114 |

Meanwhile, Chandler's phone was continuously using data via 229114

10

# Tower 229114





# During July 23-25, 2018 Chandler's phone never left the east side

- 229114: I-70 between N. German Church and Mitthoeffer
- 229286: I-465 at E. 48th Street
- 229654: I-465 and Pendleton Pike
- 229547: E. 42nd Street, just west of Franklin Rd.
- 229189: Mt. Comfort Road, south of I-70
- 229208: N. Post Road at Alexander Park

Probable cause affidavit of Detective Adam Theis [continued]                                    Page 8

I received the telecomm order back from Verizon which showed no activity on
Chandler's phone around the time of the robbery after it was pinged near his residence at
0349 hours on 07/25/2018.

I took no further action.

| 1 | Start Date/Time | Stop Date/Time | MSISDN | Orig Total MB | ECGI | ECGI eNodeB ID | ECGI Market ID | Market eNodeB # |
|---|---|---|---|---|---|---|---|---|
| 14 | 2018/07/25 17:56:31 (GMT -4) | 2018/07/25 19:32:24 (GMT -4) | 3175179051 | 0.328 | 311480-037efa03 | 229114 | 229 | 114 |
| 15 | 2018/07/25 14:14:47 (GMT -4) | 2018/07/25 17:56:31 (GMT -4) | 3175179051 | 0.18 | 311480-037efa03 | 229114 | 229 | 114 |
| 16 | 2018/07/25 11:56:32 (GMT -4) | 2018/07/25 17:56:32 (GMT -4) | 3175179051 | 1121.499 | 311480-037efa03 | 229114 | 229 | 114 |
| 17 | 2018/07/25 11:56:31 (GMT -4) | 2018/07/25 14:14:47 (GMT -4) | 3175179051 | 1.794 | 311480-037efa03 | 229114 | 229 | 114 |
| 18 | 2018/07/25 10:40:43 (GMT -4) | 2018/07/25 11:56:31 (GMT -4) | 3175179051 | 0.003 | 311480-037efa03 | 229114 | 229 | 114 |
| 19 | 2018/07/25 05:56:32 (GMT -4) | 2018/07/25 11:56:32 (GMT -4) | 3175179051 | 363.716 | 311480-037efa03 | 229114 | 229 | 114 |
| 20 | 2018/07/25 05:56:31 (GMT -4) | 2018/07/25 10:40:43 (GMT -4) | 3175179051 | 0.078 | 311480-037efa03 | 229114 | 229 | 114 |
| 21 | 2018/07/25 03:49:29 (GMT -4) | 2018/07/25 05:56:29 (GMT -4) | 3175179051 | 0.011 | 311480-037efa03 | 229114 | 229 | 114 |
| 22 | 2018/07/25 00:40:41 (GMT -4) | 2018/07/25 05:56:26 (GMT -4) | 3175179051 | 671.294 | 311480-037efa22 | 229114 | 229 | 114 |
| 23 | 2018/07/24 21:49:29 (GMT -4) | 2018/07/25 03:49:29 (GMT -4) | 3175179051 | 0.019 | 311480-037efa03 | 229114 | 229 | 114 |

- Detective Theis' analysis of the telecom response, and his statement in the PC Affidavit, is incorrect.
- The Verizon telecom response does show activity on Chandler's phone after it pinged at 03:49:29 a.m. The response shows that the phone was using 671.294 MB of data between 00:40:41 am and 05:56:26 am. and 0.011 MB of data between 03:49:29 and 05:56:29 a.m. If the phone had left that location, the response would have shown that this data usage stopped at tower 229114 and picked up on a new tower.
- This phone was stationary.

14

| | |
|---|---|
| **From:** | Theis, Adam G <atheis@carmel.in.gov> |
| **Sent:** | Thursday, February 7, 2019 1:29 PM |
| **To:** | Brian Johnson |
| **Subject:** | RE: Chandler Beach 18-47666 |

The interview with Iman was NOT recorded.  She only mentioned she knew both Tyric and "CJ" who was later identified as Beach.  I put the two photos I used in the emails trying to identify him in the case on new world.  Those two photos were also on Chandler's Facebook page.

Detective Adam Theis
Carmel Police Department
Investigations Division
3 Civic Square
Carmel IN 46032
T: 317-571-2535
F: 317-571-2573

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited, and may be subject to criminal and civil penalties.  If you have received this transmission in error, please immediately call us at (317) 571-2500, delete the transmission from all forms of electronic storage, and destroy all hard copies. DO NOT FORWARD this transmission.  Receipt of this electronic mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client work product, investigatory law enforcement privilege or any other applicable privilege. Thank you.

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Thursday, February 7, 2019 11:20 AM
**To:** Theis, Adam G
**Cc:** Lynn Bauer
**Subject:** RE: Chandler Beach 18-47666

**\*\*\*\* This is an EXTERNAL email. Please exercise caution and Do Not open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Was the interview with Iman Daniels recorded? I do not see a copy in evidence.  Also did you keep any photos you found or saw while looking at social media? Thanks

**From:** Theis, Adam G [mailto:atheis@carmel.in.gov]
**Sent:** Tuesday, February 5, 2019 2:00 PM
**To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach 18-47666

I added all executed search warrants to the case.

Detective Adam Theis
Carmel Police Department
Investigations Division
3 Civic Square

Carmel IN 46032
T: 317-571-2535
F: 317-571-2573

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited, and may be subject to criminal and civil penalties.  If you have received this transmission in error, please immediately call us at (317) 571-2500, delete the transmission from all forms of electronic storage, and destroy all hard copies. DO NOT FORWARD this transmission.  Receipt of this electronic mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client work product, investigatory law enforcement privilege or any other applicable privilege. Thank you.

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Monday, February 4, 2019 2:36 PM
**To:** Theis, Adam G
**Cc:** Lynn Bauer; Celia R. Saal
**Subject:** RE: Chandler Beach 18-47666

**\*\*\*\* This is an EXTERNAL email. Please exercise caution and Do Not open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Sorry, I forgot I also need a copy of all the search warrants and returns if you have those for this case.  Thanks

**From:** Theis, Adam G [mailto:atheis@carmel.in.gov]
**Sent:** Monday, February 4, 2019 10:56 AM
**To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach 18-47666

571-2535.

Detective Adam Theis
Carmel Police Department
Investigations Division
3 Civic Square
Carmel IN 46032
T: 317-571-2535
F: 317-571-2573

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited, and may be subject to criminal and civil penalties.  If you have received this transmission in error, please immediately call us at (317) 571-2500, delete the transmission from all forms of electronic storage, and destroy all hard copies. DO NOT FORWARD this transmission.  Receipt of this electronic mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client work product, investigatory law enforcement privilege or any other applicable privilege. Thank you.

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Monday, February 4, 2019 10:56 AM

**To:** Theis, Adam G
**Subject:** RE: Chandler Beach 18-47666

**\*\*\*\* This is an EXTERNAL email. Please exercise caution and Do Not open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Yes whats your number?

**From:** Theis, Adam G [mailto:atheis@carmel.in.gov]
**Sent:** Monday, February 4, 2019 10:54 AM
**To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach 18-47666

Now? I have an interview after lunch…..

Detective Adam Theis
Carmel Police Department
Investigations Division
3 Civic Square
Carmel IN 46032
T: 317-571-2535
F: 317-571-2573

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited, and may be subject to criminal and civil penalties. If you have received this transmission in error, please immediately call us at (317) 571-2500, delete the transmission from all forms of electronic storage, and destroy all hard copies. DO NOT FORWARD this transmission. Receipt of this electronic mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client work product, investigatory law enforcement privilege or any other applicable privilege. Thank you.

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Monday, February 4, 2019 10:54 AM
**To:** Theis, Adam G
**Subject:** RE: Chandler Beach 18-47666

**\*\*\*\* This is an EXTERNAL email. Please exercise caution and Do Not open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Good time to call you today?

**From:** Theis, Adam G [mailto:atheis@carmel.in.gov]
**Sent:** Monday, February 4, 2019 10:28 AM
**To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach 18-47666

I have scheduled interviews and I'm off this Friday and next Monday.  I can meet the week of the 18th-22nd though?

Detective Adam Theis
Carmel Police Department
Investigations Division
3 Civic Square
Carmel IN 46032
T: 317-571-2535
F: 317-571-2573

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited, and may be subject to criminal and civil penalties.  If you have received this transmission in error, please immediately call us at (317) 571-2500, delete the transmission from all forms of electronic storage, and destroy all hard copies. DO NOT FORWARD this transmission.  Receipt of this electronic mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client work product, investigatory law enforcement privilege or any other applicable privilege. Thank you.

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Monday, February 4, 2019 10:24 AM
**To:** Theis, Adam G
**Subject:** RE: Chandler Beach 18-47666

**\*\*\*\* This is an EXTERNAL email. Please exercise caution and Do Not open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Thanks for the email.  Is there any way you can come visit me in my office today or tomorrow?

**From:** Theis, Adam G [mailto:atheis@carmel.in.gov]
**Sent:** Monday, February 4, 2019 9:56 AM
**To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach 18-47666

Morning Brian.  I called and left you a message.  The two forensic analysis of the phones (Hollins's and Beach's) will NOT be entered into evidence.  There is child pornography on both so if the defense wants to view them they would have to come to the PD to view the information.  The emails were sent for months to numerous people in regards to the case.  I need more specifics as to what they want?  Otherwise, it would take me forever to go through months of emails to see who I sent emails too.

Detective Adam Theis
Carmel Police Department
Investigations Division
3 Civic Square
Carmel IN 46032
T: 317-571-2535
F: 317-571-2573

18

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited, and may be subject to criminal and civil penalties.  If you have received this transmission in error, please immediately call us at (317) 571-2500, delete the transmission from all forms of electronic storage, and destroy all hard copies. DO NOT FORWARD this transmission.  Receipt of this electronic mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client work product, investigatory law enforcement privilege or any other applicable privilege. Thank you.

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Tuesday, January 22, 2019 11:44 AM
**To:** Theis, Adam G
**Subject:** Chandler Beach 18-47666

Adam,

Defense attorney has put in a request for some of these items.  Can you let me know if you have them or can get them to me?

1. Copy of email, with attachments that you sent out to Marion county middle school and high school principals, and juvenile center and any responses
2. The "synopsis" of the case that you sent to the Fusion Center
3. All photos and social media postings referred to in the case reports and PC affidavit. (I realize this is pretty broad, but didn't know if you kept those records as you do investigative searches
4. There is an that occurs during part of Hollins' interview in the middle of it.  Do you have a clean copy of the whole interview?
5. I need a complete copy of the phone analyses done on Hollins and Beach's phone

If you have any question I am at 774-2525   thanks

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

**From:**      Brian Johnson
**Sent:**      Thursday, February 7, 2019 7:33 AM
**To:**        'WHaymaker@carmel.in.gov'
**Subject:**   FW: Chandler Beach 18-47666

Bill,

I believe you are the one that conducted the forensic tests on these phones.  Is there anyway to send me an analysis without the child porn on it? Thanks!

---

**From:** Theis, Adam G [mailto:atheis@carmel.in.gov]
**Sent:** Monday, February 4, 2019 9:56 AM
**To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach 18-47666

Morning Brian.  I called and left you a message.  The two forensic analysis of the phones (Hollins's and Beach's) will NOT be entered into evidence.  There is child pornography on both so if the defense wants to view them they would have to come to the PD to view the information.  The emails were sent for months to numerous people in regards to the case.  I need more specifics as to what they want?  Otherwise, it would take me forever to go through months of emails to see who I sent emails too.

Detective Adam Theis
Carmel Police Department
Investigations Division
3 Civic Square
Carmel IN 46032
T: 317-571-2535
F: 317-571-2573

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited, and may be subject to criminal and civil penalties.  If you have received this transmission in error, please immediately call us at (317) 571-2500, delete the transmission from all forms of electronic storage, and destroy all hard copies. DO NOT FORWARD this transmission.  Receipt of this electronic mail message by anyone other than the intended recipient(s) is not a waiver of any attorney-client work product, investigatory law enforcement privilege or any other applicable privilege. Thank you.

---

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Tuesday, January 22, 2019 11:44 AM
**To:** Theis, Adam G
**Subject:** Chandler Beach 18-47666

Adam,

Defense attorney has put in a request for some of these items.  Can you let me know if you have them or can get them to me?

1. Copy of email, with attachments that you sent out to Marion county middle school and high school principals, and juvenile center and any responses
2. The "synopsis" of the case that you sent to the Fusion Center
3. All photos and social media postings referred to in the case reports and PC affidavit. (I realize this is pretty broad, but didn't know if you kept those records as you do investigative searches
4. There is an that occurs during part of Hollins' interview in the middle of it.  Do you have a clean copy of the whole interview?
5. I need a complete copy of the phone analyses done on Hollins and Beach's phone

   If you have any question I am at 774-2525   thanks

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

| | |
|---|---|
| **From:** | Matt Kestian <mk@camlawyers.com> |
| **Sent:** | Monday, February 4, 2019 1:16 PM |
| **To:** | Brian Johnson |
| **Subject:** | RE: Chandler Beach |

Thank you for the response.  I understand that that could delay the discovery of the forensic examinations of the phones, but can I get the rest, or any of the rest, of the items, as these should not contain child porn?

- Audio/video of interview of April Beach, Chandler Beach, and Iman Daniels,
- A copy of file "GOPR4823" on the disk "Interview w/ Hollins 1/2" that does not out two thirds of the way through,
- The Verizon telecom order and responsive records showing the ping to Chandler's phone
- All search warrants / requests / returns,
- Photographs and social media postings referred to in the case reports and probable cause affidavits,
- Emails and attachments that Detective Theis sent to schools and Marion County juvenile center, and
- The "synopsis" that Detective Theis sent to the Fusion Center.

While these are all important, the interview of Chandler and Iman are most critical to me right now.  The trial is scheduled for May, and since Iman said the suspect "was possibly named 'Cj'" and that really seems to be the only evidence implicating my client (other than the detective's opinion that he "fits the general description of the second suspect and the detective's social media searches), I may need to depose her.

Matthew R. Kestian
Camden & Meridew, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038
(317) 770-0000 Phone
(888) 339-9611 Fax

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, you may not read, copy, distribute or take action in reliance upon this message. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. This message may contain information which is privileged, confidential and exempt from disclosure under applicable law and we do not waive attorney-client or work-product privilege by the transmission of this message.

**From:** Brian Johnson [mailto:Brian.Johnson@hamiltoncounty.in.gov]
**Sent:** Monday, February 4, 2019 10:42 AM
**To:** Matt Kestian
**Cc:** Lynn Bauer
**Subject:** RE: Chandler Beach

Still working on it.  Detective says there is child porn on the phones, so I am trying to look into that and see what that means for getting you the phone analysis.  Thanks B.Johnson

---

**From:** Matt Kestian [mailto:mk@camlawyers.com]
**Sent:** Thursday, January 31, 2019 12:31 PM
**To:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** Chandler Beach

I was wondering if you have any updates on any of the additional discovery.

Thank you,
Matthew R. Kestian
Camden & Meridew, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038
(317) 770-0000 Phone
(888) 339-9611 Fax

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, you may not read, copy, distribute or take action in reliance upon this message. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. This message may contain information which is privileged, confidential and exempt from disclosure under applicable law and we do not waive attorney-client or work-product privilege by the transmission of this message.


The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

**From:** Lynn Bauer
**Sent:** Friday, January 25, 2019 1:20 PM
**To:** Brian Johnson
**Subject:** FW: Chandler Beach.pdf

We are closer to getting this stuff.

---

**From:** Lynn Bauer
**Sent:** Friday, January 25, 2019 1:19 PM
**To:** 'Lane, Jennifer' <jlane@carmel.in.gov>
**Subject:** RE: Chandler Beach.pdf

I will let Brian know. Thank you for working on this.

---

**From:** Lane, Jennifer <jlane@carmel.in.gov>
**Sent:** Friday, January 25, 2019 1:14 PM
**To:** Lynn Bauer <Lynn.Bauer@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach.pdf

I will get this to you asap…our L3 is not working currently

---

**From:** Lynn Bauer <Lynn.Bauer@hamiltoncounty.in.gov>
**Sent:** Thursday, January 24, 2019 12:32 PM
**To:** Lane, Jennifer <jlane@carmel.in.gov>
**Subject:** RE: Chandler Beach.pdf

It was just the stuff listed on the request I sent to the wrong agency. I was so embarrassed I did that. good grief.

---

**From:** Lane, Jennifer <jlane@carmel.in.gov>
**Sent:** Thursday, January 24, 2019 12:31 PM
**To:** Lynn Bauer <Lynn.Bauer@hamiltoncounty.in.gov>
**Subject:** RE: Chandler Beach.pdf

Do you just need any media? For some reason I cannot retrieve my VM

---

**From:** Lynn Bauer <Lynn.Bauer@hamiltoncounty.in.gov>
**Sent:** Thursday, January 24, 2019 12:17 PM
**To:** Lane, Jennifer <jlane@carmel.in.gov>
**Subject:** FW: Chandler Beach.pdf

I left you a voice mail.
I am having a Monday on a Thursday. Good grief.
This has all the info on it ie: case number, cause number, what Brian needs. Just on Fisher evidence lab request form.

**From:** Lynn Bauer
**Sent:** Thursday, January 24, 2019 12:08 PM
**To:** Fishers Lab <forensicservices@fishers.in.us>
**Cc:** Brian Johnson <Brian.Johnson@hamiltoncounty.in.gov>
**Subject:** Chandler Beach.pdf

Thank you!

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

The information in this email may contain confidential information and is intended solely for the attention and use of the named addressee(s). It must not be disclosed to any person(s) without authorization. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to, and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please notify the sender immediately.

Email secured by Check Point

27

# Camden & Meridew P.C.

Matthew R. Kestian
Attorney
Telephone: 317.770.0000
Facsimile: 888.339.9611
mk@camlawyers.com

January 7, 2019

**Via First Class Mail**

Brian Johnson
Superior Court 3 Deputy Prosecuting Attorney
One Hamilton County Square, Suite 134
Noblesville, IN 46060-2230

     Re: State v. Chandler Beach, 29D03-1811-F3-7955

I received the State's initial discovery response. I appreciate the promptness with which you sent it. I recognize, as stated below, that there are more materials I will need to review, but I believe that you have the wrong person sitting in the Hamilton County jail. Chandler is not the person who committed this crime.

There are several essential documents that I still need to properly review this case. The following materials were referenced, but not provided, in your initial discovery response. Please send the following as soon as possible:

- Forensic examinations of Tyric Hollins' phone and Chandler Beach's phone;
- Audio/video of interviews of April Beach, Chandler Beach, and Iman Daniels;
- The file titled "GOPR4823" on the disk labeled "Interview w/ Hollins 1/2", referred to as disk 9, has an error and the audio and video cut out approximately two-thirds of the way through the interview;
- The Verizon telecom order and responsive records for Chandler's phone that indicates that he was home, on the east side of Indianapolis, shortly before the crime, on the west side of Carmel, occurred;
- All requests for search warrants, the warrants, and the returns (the Notice of Compliance indicates that they were provided, but they were not included);
- The Laboratory Report – Certificate of Analysis (the Notice of Compliance indicates that they were provided, but it was not included, although it may appear at page 57 of the report, but that page is completely illegible);
- All photographs and social media postings referred to in the case reports and probable cause affidavits;
- Several pages of the case report were illegible. Please send a complete copy. If this is a redaction, please provide authority upon which you rely to redact this information. For example, Tilson's supplement on page 19 of the case report is reproduced below:

RECEIVED
JAN 1 0 2019
PROSECUTOR'S OFFICE

10412 Allisonville Road, Suite 200, Fishers, IN, 46038

28

supplement T Tilson

▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉

Pages 29-35, 57-58, 63-73, 80, 85, and 87 have similar illegible portions;
- A copy of the email, with attachments, Detective Theis sent to Marion County middle school and high school principals and the Marion County juvenile center for distribution to probation officers, and any responses; and
- The "synopsis" of the case Detective Theis sent to the Fusion Center.

If you should have any questions, please contact our office at (317) 770-0000.

Best Regards,

Matthew R. Kestian
Attorney

29