UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CHANDLER TWO HUNTER BEACH,      )
                                )
                  Plaintiff,    )
                                )
         v.                     )      No. 1:19-cv-04607-RLY-TAB
                                )
CITY OF CARMEL,                 )
ADAM THEIS,                     )
                                )
                  Defendants.   )

**ORDER ON DECEMBER 15, 2020, TELEPHONIC SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel December 15, 2020, for a telephonic

settlement conference.  Settlement discussions were held, and this case is settled.  Therefore, any

pending motions are denied as moot, and all previously ordered dates relating to discovery,

filings, schedules, conferences and trial, if any, are vacated. The parties shall file a stipulation

within 45 days.

Dated: 12/16/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email