IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CITY OF CARMEL POLICE ) <br> DEPARTMENT, CITY OF CARMEL, a ) <br> Municipality, and ADAM THEIS, an ) <br> Individual; ) <br> Defendants. ) | Case No. 1:19-CV-04607-RLY-TAB |

## STIPULATION TO DISMISS ACTION

It is hereby stipulated and agreed by and between the parties to the above entitled action, acting through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

By: */s/ Aimee Rivera Cole*
Aimee Rivera Cole
Attorney for City of Carmel Police
Department and City of Carmel

By: */s/ Julie A. Camden*
Julie A. Camden
Attorney for Plaintiff

By: */s/ Matthew Hinkle*
Matthew Hinkle
Attorney for Adam Theis

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 29th day of January, 2021, a copy of this document was filed electronically, with a copy automatically served via the Court's CM/ECF system upon all counsel of record.

Julie A. Camden
April M. Jay
David Gray
Camden & Meridew PC
10412 Allisonville Road, Suite 200
Fishers, IN  46038
jc@camlawywers.com


Matthew L. Hinkle
John V. Maurovich (jmaurovich@chwlaw.com)
Alex Emerson (aemerson@chwlaw.com)
COOTS HENKE & WHEELER
255 E. Carmel Drive
Carmel, IN 46032
(317)844-4693
Email: mhinkle@chwlaw.com

               By: */s/ Aimee Rivera Cole*
                   Aimee Rivera Cole, #24669-45


*TRAVELERS STAFF COUNSEL INDIANA*
280 East 96th Street, Suite 325
Indianapolis, IN  46240
DIRECT DIAL (317) 818-5123
FX (317) 818-5124
**arcole@travelers.com**