IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHANDLER TWO HUNTER BEACH, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>CITY OF CARMEL POLICE  )<br>DEPARTMENT, CITY OF CARMEL, a )<br>Municipality, and ADAM THEIS, an )<br>Individual;  )<br>Defendants.  ) | Case No. 1:19-CV-04607-RLY-TAB |

## ORDER TO DISMISS

BY AGREEMENT between the parties to the above-entitled cause of action;

IT IS HEREBY ORDERED that the above-entitled cause be and the same is hereby dismissed, with prejudice, all costs having been paid and all matters of controversy having been fully settled, compromised and adjourned.

SO ORDERED THIS _____ DAY OF _____, 2021.

_____
Judge